# EXHIBIT 7

# MEMORANDUM

**TO:** Jack E. McClure,
Supervisor of Enforcement

**FROM:** Leslie Wilson
Environmental Specialist I

**DATE:** April 17, 1978

**SUBJECT:** Complaint Inspection of Water Contaminating Waste from Corning Landfill 011.09 in Boyle County

On April 6, 1978, Marsha Denton, Non-hazardous Waste Section field representative, and I inspected Corning Glass Work's landfill. The purpose of my visit was to take samples from a stream that was reported by Water Quality to be receiving contaminating waste runoff from the landfill. I was told that the contaminating waste was killing the grass around the stream area.

I talked with the Plant Manager who explained that a 55-gallon drum of oil had been accidently spilled into a drainage ditch that flowed into a nearby stream. Arrangements had already been made to have the area cleaned.

We inspected the drainage ditch that contained the oil and took samples. We found, however, that this stream was not the same stream that flowed near the landfill. The stream near the landfill was receiving some leachate drainage from the landfill but I did not notice any dead grass around the area as reported by Water Quality.

I can only assume that Water Quality was referring to the drainage ditch that was contaminated by oil.

LW:cjg

cc: Marsha Denton

KY EEC DWM 004170