# EXHIBIT 28

UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF KENTUCKY CENTRAL
DIVISION AT LEXINGTON

| | |
|---|---|
| MODERN HOLDINGS, LLC, GREENLEAF PLANT FOOD WHOLESALE, INC., ROSETTA FORD, GARY FORD, CHARLES FORD, OTIS FORD, BOBBIE LEMONS AND GAY BOWEN <br><br> Plaintiffs, <br><br> V. <br><br> C ORNING INCORPORATED, a New York Corporation <br><br> AND <br><br> PHILIPS ELECTRONICS NORTH AMERICAN CORPORATION, a Delaware Corporation <br><br> Defendants | Civil Action No. 5:13-cv-00405-GFVT <br><br><br><br> AFFIDAVIT OF PAUL LANTHIER, JR., PE RE: PROPERTY OF MODERN HOLDINGS, LLC |

I Paul Lanthier, Jr., P.E., after being duly sworn, do depose and state as follows:

1.      I am a professional engineer and senior environmental engineer with Jenkins Environmental, Inc. I have held this position since October, 2008. .

2.      My firm has been engaged to develop engineering cost estimates to remediate lead contaminated soils from both commercial and residential properties to prescribed cleanup levels.

3.      I am providing this Affidavit in accordance with the Court's Case Management Order, [DE 147].

4.      Consistent with <u>Superfund Lead-Contaminated Residential Sites Handbook  OSWER 9285.7-50)</u>, remediation of lead contaminated soils can be achieved through the excavation and removal of upper two feet below ground surface (BGS) followed by backfilling to grade with clean soil and restoration of the vegetative cover to pre-excavation conditions. This approach reflects an accepted methodology for managing risks associated with lead-contaminated properties that is based on a compilation of the Superfund program knowledge and experiences, as well as existing technical and scientific literature addressing lead-contaminated residential sites.

5.      The estimated cost to remediate properties can be accurately predicted based on formula based on overall property size, area of impervious surfaces present on the property combined with the use of cost modification factors that reflect upon overall property size, site access, and level of vegetative cover.

1/30/ 2017

_____

Paul L. Lanthier, Jr. P.E.

# *Remediation Cost Estimate*

*Modern Holdings, LLC et al v. Corning, Inc. et al,*

*13-cv-00405 (E.D. KY).*

*Prepared for:*

*THE GETTY LAW GROUP, PLLC*
*1900 Lexington Financial Center*
*250 West Main Street*
*Lexington, Kentucky  40507*

*Prepared by:*

*Jenkins Environmental, Inc.*
*8600 LaSalle Road Suite 509*
*Towson, Maryland 21286*

*January 30, 2017*

*Project No. 017-320*

1

**Table of Contents**

1.0    PURPOSE ...................................................................................................................1

2.0    DESCRIPTION OF THE PROPERTIES ...........................................................................1

2.1    308 Fairview Street (Otis and Charles Ford Property) ....................................1

2.2    117 John WD Bowling Court (Bobbie Lemons Property) .................................2

2.3    1200 Lebanon Road (Modern Holdings LLC Property)....................................3

2.4    1310 W. Walnut Street (Rosetta Ford Property) ............................................4

2.5    916 W. Walnut Street (Sellers Property) .........................................................5

3.0    REMEDIAL ACTION CLEANUP LEVELS..........................................................................6

3.1    Remediation Cleanup Levels...........................................................................6

3.2    Remedial Action Objective...............................................................................6

3.3    Approach...........................................................................................................7

3.3.1    Pre Remedial Activities...........................................................................7

3.3.2    Site Remediation.....................................................................................7

3.3.3    Confirmation Sampling............................................................................7

3.3.4    Site Restoration......................................................................................8

4.0    REMEDIATION COST ESTIMATE AND SCHEDULE .........................................................8

4.1    Estimated cost for 308 Fairview Street (Otis and Charles Ford Property)...................................8

4.2    Estimated cost for 117 John WD Bowling Court (Bobbie Lemons Property)...............................8

4.3    Estimated cost for 1200 Lebanon Road (Modern Holdings LLC Property) ..................................9

4.4    Estimated cost for 1310 W. Walnut St. (Rosetta Ford Property)................................................9

4.5    Estimated cost for 916 W. Walnut St. (Sellers Property)..........................................................9

5.0    TCE REMEDIATION .................................................................................................10

6.0    REFERENCES .........................................................................................................10

**EXPERT REPORT**
**REMEDIATION COST ESTIMATE**
**MODERN HOLDINGS, LLC, et al. VS CORNING, INC. et al.**
**DANVILLE, KY**

**1.0     PURPOSE**

In August 2015 and December 2015, a representative of Alpha-Omega collected soil samples from the following properties:

- 308 Fairview Street (Otis and Charles Ford Property)
- 117 John WD Bowling Court (Bobbie Lemons Property)
- 1200 Lebanon Road (Modern Holdings LLC Property)
- 1310 W. Walnut Street (Rosetta Ford Property)
- 916 W. Walnut Street (Sellers Property)

The purpose of sampling the soils was to confirm the presence or absence of lead and arsenic above background levels. In Kentucky, the typical mean background concentration in soil for is 30 mg/kg and 8.9 mg/kg for arsenic, as published by the Kentucky Natural Resources and Environmental Protection Cabinet.

**2.0     DESCRIPTION OF THE PROPERTIES**

Analytical results indicate that four properties have been impacted by contamination originating from Corning/Phillips Electronics site:

- 308 Fairview Street (Otis and Charles Ford Property)
- 117 John WD Bowling Court (Bobbie Lemons Property)
- 1200 Lebanon Road (Modern Holdings LLC Property)
- 1310 W. Walnut St. (Rosetta Ford Property)
- 916 W. Walnut Street (Sellers Property)

The following subsections provide a description of each of the impacted properties and a summary of laboratory analytic results for the contaminants of concern (COC).

2.1     308 Fairview Street (Otis and Charles Ford Property)

The subject property contains a single story residence located at 308 Fairview St, Danville KY that is contaminated with various metals. According to the Boyles County Assessor's Office, the property is a 0.20 acre lot containing a 1,378 square foot private residence. The review of recent photographs indicate the property the property is predominantly covered with a grass lawn and gravel driveway.



**308 Fairview Street**

In August 2015, representatives of Alpha-Omega Environmental (AOE) collected three soil samples from the property. The following table summarizes the analytical results for the property.

| Sample Name | Arsenic (mg/kg) | Lead (mg/kg) |
|---|---|---|
| SS-04 | 13* | -- |
| SS-07 | 10.2* | 153* |
| SS-11 | 7.31 | 187* |

*Detected above background levels

## 2.2     117 John WD Bowling Court (Bobbie Lemons Property)

The subject property contains a single story residence located at 117 JWD Bowling Court, Danville KY that is contaminated with various metals. According to the Boyles County Assessor's Office, the property is a 0.24 acre lot containing a 1,020 square foot private residence. The review of recent photographs indicate the property the property is predominantly covered with a grass lawn and a concrete paved driveway.

2



**117 JWD Bowling Court**

In August 2015, representatives of AOE collected two soil samples from the property. The following table summarizes the analytical results for the property.

| Sample Name | Arsenic (mg/kg) | Lead (mg/kg) |
|---|---|---|
| SS-14 | 11.1* | 251* |
| SS-15 | 8.01 | 167* |

*Detected above background levels

### 2.3    1200 Lebanon Road (Modern Holdings LLC Property)

The subject property contains three (3) commercial structures with adjacent paved parking and natural landscaping (grass) located at 1200 Lebanon Road, Danville KY that is contaminated with various metals. According to the Boyles County Assessor's Office, the property is a 0.9 acre lot containing a 6,000 square foot structure.



**Main Commercial Structure**



**Other structures present on the site**

In August 2015, representatives of AOE collected two soil samples from the property. The following table summarizes the analytical results for the property.

| Sample Name | Arsenic (mg/kg) | Lead (mg/kg) |
|---|---|---|
| SS-05 | 3.71 | 80.4* |
| SS-22 | 5.04 | 452* |

*Detected above background levels

2.4    1310 W. Walnut Street (Rosetta Ford Property)

The subject property contains a single story residence located at 1310 W. Walnut St., Danville KY that is contaminated with various metals. According to the Boyles County Assessor's Office, the property is a 0.22 acre lot containing a private residence. A review of recent photographs indicates the property the property is predominantly covered with a grass lawn and a paved driveway.



**1310 W. Walnut St.**

4

In August 2015, representatives of AOE collected two soil samples from the property. The following table summarizes the analytical results for the property.

| Sample Name | Arsenic (mg/kg) | Lead (mg/kg) |
|:---:|:---:|:---:|
| SS-07 | 7.50 | 157* |
| DE-3 | 5.36 | 94.5* |

*Detected above background levels

2.5     916 W. Walnut Street (Sellers Property)

The subject property is an approximately 6.3 acre parcel of land that contains three (3) commercial structures with adjacent gravel parking on the northern portion of the property. The southern portion of the property is undeveloped with wooded areas along the eastern property boundary.



**Aerial view of the Sellers Property**

In December 2015, representatives of AOE collected five soil samples from the property. The following table summarizes the analytical results for the property.

| Sample Name | Arsenic (mg/kg) | Lead (mg/kg) |
|---|---|---|
| SS-01 | 4.62 | 85.7* |
| SS-02 | 4.17 | 45.6* |
| SS-03 | ND | 31.1* |
| SS-04 | 15.5 | 575* |
| SS-05 | 8.05 | 228* |

*Detected above background levels

### 3.0    REMEDIAL ACTION CLEANUP LEVELS

3.1    Remediation Cleanup Levels

Lead was detected well above background levels in all soil samples collected from the four properties. Since there are no established safe levels of lead in soil, the benchmark for site remediation is set at the background level for lead (30 mg/kg) for the four properties. The typical mean background concentration of lead in soil in Kentucky is 30 mg/kg as published by the Kentucky Division of Waste Management (KDWM). The typical mean background concentration of arsenic in soil in Kentucky is 8.9 mg/kg as published by the KDWM.

3.2    Remedial Action Objective

The remedial action objective is to eliminate potential exposure to contaminated soils via direct contact, inhalation, and ingestion to of soils. Consistent with Superfund Lead-Contaminated Residential Sites Handbook  OSWER 9285.7-50), this objective will be achieved through the excavation and removal of affected soils to a depth of two feet below ground surface (BGS), backfill of the excavation to grade with clean soil and restoration of the vegetative cover to approximately pre-excavation conditions. The decision to apply the remedial action approach contained in OSWER 9285.7-50 reflects an accepted

6

methodology for managing risks associated with lead-contaminated residential properties that is based on a compilation of the Superfund program knowledge and experiences, as well as existing technical and scientific literature addressing lead-contaminated residential sites.

### 3.3    Approach

#### 3.3.1    Pre Remedial Activities

The following activities will need to be performed prior to the start of actual site remediation. Activities include:
- Obtaining access agreement with the property owner
- Obtaining permits (if necessary)
- Mark site utilities using the One-call system and private utility location contractor
- Perform initial site survey to establish original conditions

#### 3.3.2    Site Remediation

Site remediation activities will include the following:
- Clearing (where necessary)
- Soil excavation
- Soil transport and disposal

The remediation goal for property is to excavate and remove all soils to a maximum depth of two feet below ground surface which will preclude any restrictions on the property to locating future gardens.

Excavation will be performed using typical earth moving equipment, sized appropriately for the property conditions. With the exception of the Sellers Property, excavation work will be performed using mini-excavators and skid-steer loaders. For the Sellers Property, excavation and restoration work will be performed using a CAT 329 class (or equivalent) excavator in conjunction with a CAT D4 class bulldozer (or equivalent). In sensitive areas (within three feet of all site structures, sidewalks and trees), shovels and hand tools will be utilized for soil removal.  Excavation around sensitive structures to a depth less than two feet may be required for structural, esthetic or safety reasons.

The targeted soils within the property limits will be excavated using the mini excavator into various stockpiles and transferred to an onsite dumpster using the skid-steer. On an as-needed basis, the site on-site dumpster will be replaced with an empty dumpster while excavated soils are sent to an appropriate landfill (Republic Tri-K Landfill) for disposal.

#### 3.3.3        Confirmation Sampling

Confirmation samples will be taken of the excavation floor when at the target depth. Sampling to confirm bottom excavation soil conditions will be conducted following general guidelines found in *EPA OSWER 9285*.7-50 Superfund Lead-Contaminated Residential Sites Handbook as amended. Collected soil confirmation samples will be labeled and placed into laboratory-supplied containers for delivery to the

7

laboratory while maintaining proper chain of custody procedures. Confirmation samples will be analyzed for arsenic and lead by EPA method 6020. For additional quality control, a blind duplicate sample will be collected for every 20 soil samples analyzed.

### 3.3.4    Site Restoration

This activity includes backfilling of excavated areas and restoration to original condition. After receipt of the confirmation sampling results, all excavated areas will be backfilled using approved clean fill material (soil) that will be imported from a nearby source. Original grade will be obtained by using an 18-inch layer of fill covered with a 6-inch topsoil layer. Once final grade is obtained, grass sod will be installed and the gravel driveway replaced.

## 4.0    REMEDIATION COST ESTIMATE AND SCHEDULE

The following subsections provide the estimated cost to remediate the soils at each of the four properties.

### 4.1    Estimated cost for 308 Fairview Street (Otis and Charles Ford Property)

The estimated cost to remediate the soils at 308 Fairview Street is $225,100 with estimated project duration of 28 working days. Table 4-1 provides a breakdown of the costs. Refer to Attachment A for the project schedule.

| Item No. | Title | Cost |
|---|---|---|
| 1 | Pre-Remedial Activities | $20,960 |
| 2 | Site Remediation | $146,790 |
| 3 | Site Restoration | $57,250 |
|  | Total | $225, 100 |

### 4.2    Estimated cost for 117 John WD Bowling Court (Bobbie Lemons Property)

The estimated cost to remediate the soils at 117 John WD Bowling Court Street is $286,120 with estimated project duration of 30 working days. Table 4-2 provides a breakdown of the costs. Refer to Attachment A for the project schedule.

| Item No. | Title | Cost |
|---|---|---|
| 1 | Pre-Remedial Activities | $20,960 |
| 2 | Site Remediation | $199,260 |
| 3 | Site Restoration | $66,840 |
|  | Total | $286,120 |

8

4.3     Estimated cost for 1200 Lebanon Road (Modern Holdings LLC Property)

The estimated cost to remediate the soils at 1200 Lebanon Road is $669,635 with estimated project duration of 45 working days. Table 4-3 provides a breakdown of the costs. Refer to Attachment A for the project schedule.

| Item No. | Title | Cost |
|---|---|---|
| 1 | Pre-Remedial Activities | $20,020 |
| 2 | Site Remediation | $517,750 |
| 3 | Site Restoration | $131,865 |
| | Total | $669,635 |

4.4     Estimated cost for 1310 W. Walnut St. (Rosetta Ford Property)

The estimated cost to remediate the soils at 1310 W. Walnut St. is $278,435 with estimated project duration of 29 working days. Table 4-4 provides a breakdown of the costs. Refer to Attachment A for the project schedule.

| Item No. | Title | Cost |
|---|---|---|
| 1 | Pre-Remedial Activities | $20,020 |
| 2 | Site Remediation | $192,730 |
| 3 | Site Restoration | $65,685 |
| | Total | $278,435 |

4.5     Estimated cost for 916 W. Walnut St. (Sellers Property)

The estimated cost to remediate the soils at 1310 W. Walnut St. is $278,435 with estimated project duration of 54 working days. Table 4-5 provides a breakdown of the costs. Refer to Attachment A for the project schedule.

| Item No. | Title | Cost |
|---|---|---|
| 1 | Pre-Remedial Activities (including clearing) | $45,150 |
| 2 | Site Remediation | $1,496,000 |
| 3 | Site Restoration | $755,400 |
| | Total | $2,296,550 |

9

**5.0    TCE REMEDIATION**

Previous investigations indicate the presence of TCE in the local groundwater which could result in intrusion of TCE into a structure via vapor migration. Mitigation of vapor intrusion of TCE can be accomplished using subsurface/subslab ventilation methodologies. Costs associated with vapor intrusion mitigation are not included in this report.

**6.0    REFERENCES**

Environmental Protection Agency, <u>Superfund Lead-Contaminated Residential Sites Handbook  OSWER 9285.7-50)</u>, August 2003.

Kentucky Natural Resources and Environmental Protection Cabinet, <u>Kentucky Guidance for Ambient Background Assessment</u>, January 8, 2004.

**Attachment A**
**Project Schedule**



| ID | | Task Name | Duration | Start |
|---|---|---|---|---|
| 1 | | **Remediation of 308 Fairview** | **28 days** | **Thu 6/1/17** |
| 2 | | Notice To Proceed | 0 days | Thu 6/1/17 |
| 3 | | Pre-Remedial Activities | 15 days | Thu 6/1/17 |
| 4 | | Site Remediation | 10 days | Thu 6/22/17 |
| 5 | | Site Restoration | 5 days | Mon 7/3/17 |
| 6 | | Demobilization | 1 day | Mon 7/10/17 |

Project: 308_Fairview_Schedule_
Date: Wed 1/11/17

| | | | | | |
|---|---|---|---|---|---|
| Task | | Inactive Task | | Start-only | |
| Split | | Inactive Milestone | | Finish-only | |
| Milestone | | Inactive Summary | | Deadline | |
| Summary | | Manual Task | | Progress | |
| Project Summary | | Duration-only | | Manual Progress | |
| External Tasks | | Manual Summary Rollup | | | |
| External Milestone | | Manual Summary | | | |





Project: 117_1200_Lebanon_Sche
Date: Wed 1/11/17



| ID | | Task Mode | Task Name | Duration |
|---|---|---|---|---|
| 1 | | | **Remediation of 1310 W. Walnut** | **29 days** |
| 2 | | | Notice To Proceed | 0 days |
| 3 | | | Pre-Remedial Activities | 15 days |
| 4 | | | Site Remediation | 11 days |
| 5 | | | Site Restoration | 6 days |
| 6 | | | Demobilization | 1 day |

Project: 1310_W_Walunt_Schedu
Date: Wed 1/11/17

| | | | | | |
|---|---|---|---|---|---|
| Task | | Inactive Task | | Start-only | |
| Split | | Inactive Milestone | | Finish-only | |
| Milestone | | Inactive Summary | | Deadline | |
| Summary | | Manual Task | | Progress | |
| Project Summary | | Duration-only | | Manual Progress | |
| External Tasks | | Manual Summary Rollup | | | |
| External Milestone | | Manual Summary | | | |

| ID | Task Name | Duration |
|---|---|---|
| 1 | **Remediation of 916 W. Walnut Street** | **54 days** |
| 2 | Notice To Proceed | 0 days |
| 3 | Pre-Remedial Activities | 15 days |
| 4 | Clear and Grub Wooded Areas | 3 days |
| 5 | Site Remediation | 23 days |
| 6 | Site Restoration | 15 days |
| 7 | Demobilization | 1 day |

Project: 117_1200_Lebanon_Sche
Date: Fri 1/27/17

| | | | |
|---|---|---|---|
| Task | | Inactive Task | Start-only |
| Split | | Inactive Milestone | Finish-only |
| Milestone | | Inactive Summary | Deadline |
| Summary | | Manual Task | Progress |
| Project Summary | | Duration-only | Manual Progress |
| External Tasks | | Manual Summary Rollup | |
| External Milestone | | Manual Summary | |

Page 1