EXHIBIT 29

# ALBERT WESTERMAN, PhD.,
# Environmental Toxicologist

1.   Human Health Effects of Exposure to Lead and Arsenic

2.   Trichloroethylene and Human Health

# Human Health Effects of Exposure to Lead and Arsenic

## Introduction

Lead and arsenic occur naturally in the environment in soil, water and attached to dust particles in the air. However, most of the human health relevant levels of the metal lead and the metalloid (substances that chemically act like metals) arsenic that are found in the environment come from human activities. Due to the fact that people are simultaneously exposed via ingestion, dermal contact and inhalation routes and that the two chemicals tend to accumulate in the body, it is difficult to define a clear relationship between toxic effects and the concentrations of the chemicals in the soil (ATSDR 2007a.b; ATSDR 2016; Nriagu 1994; Westerman et al. 1996).

Essentially, each day that an individual is exposed to lead and/or arsenic in the soil, water or air can result in an additional intake and build-up in the body of the toxic chemicals. Even concentrations that would not by themselves be immediately toxic can over a few years of exposure result in health effects as the tissues of our bodies act as sinks for the chemicals and those chemicals reach levels that result in detrimental effects. Both lead and arsenic exposures have resulted in toxic effects on most of our organ systems as well as have been identified as human carcinogens (ATSDR 2007a.b; ATSDR 2016; USEPA [IRIS] 2016).

A wealth of information has been published on the toxic effects of lead. Literally thousands of scientific studies have been published including individual toxic effect studies (e.g., Oyunbileg et al. 2015; Hegazy and Fouad 2014), literature reviews (e.g., ATSDR 2007a; USEPA [IRIS] 2016; Westerman et al. 1996), and books (e.g., Nriagu 1978; Nriagu 1994; Chang 1996). Substances such as lead have long been known to result in neurotoxicity, lead encephalopathy or

neurotoxic vestibulopathy, which is a general term to describe various diseases or conditions that affect brain function. The literature contains numerous case reports and cohort studies that describe a higher incidence of neurotoxic vestibulopathy symptoms, including malaise, forgetfulness, irritability, lethargy, headache, fatigue, dizziness, weakness, muscular tremor, loss of memory and hallucinations. These symptoms are a result of the lead poisoning of neurons in the areas of the brain that help control balance by receiving and processing information from the inner ear and other sense organs. Cardiovascular effects from lead exposures include hypertension, increase in systolic and diastolic blood pressure, and EKG changes in adults and increased systolic blood pressure in children. Gastrointestinal effects noted were colic in children. Hematological (blood system) problems in adults and children include anemia and decreased ALAD activity (lead decreases the oxygen caring capacity of blood and how long red blood cells live). Skeletal (bones) effects range from increased numbers of cavities in children and adult teeth, periodontal bone loss, and accumulation in bone tissue (lead replaces calcium in the bones). Renal system (kidney) problems include low clearance rates of urea, creatinine and uric acid, especially in older men. Hormonal and immune system detrimental effects in children and adults were also studied and noted from lead exposures including reductions in immune response, decreased fertility in men and women, low birth length and over-all size of infants, decreased head circumference in infants, and increased pre-term births. Lead has also been identified by the International Agency for Research on Cancer (IARC 2004), US Environmental Protection Agency (USEPA 2005), and the National Toxicology Program (NTP 2005) as a known animal carcinogen and probable human carcinogen. However, perhaps the most alarming effects from lead exposures are neurological impacts. Brief exposures to lead concentrations can cause neurological effects, especially in children, and those effects may result from exposure to

any amount of lead, perhaps even at naturally occurring levels, pristine background concentrations (ATSDR 2007a). Reductions in IQ's, decreases in arithmetic and reading skills (perhaps another indicator of lowered IQ's), decreases in attention spans, executive function, visual-motor integration, social behavioral problems and lower motor skills in children, especially 0-7 years but also up through age 16 from lead exposure have been found, and the effects are permanent.

As with lead, the scientific literature published on the toxic effects of arsenic is enormous. For example, studies on specific toxic effects (e.g., Ali et al. 2010; Gribble et al. 2012; Bailey and Fry. 2014a,b), literature reviews (e.g., Copenhaver et al. 1973; ATSDR 2007b, 2016), and books (e.g., Seiler et al. 1988; Nriagu 1994) have been published and they number in the thousands. Respiratory problems such as chronic cough, chronic bronchitis, asthma, trouble breathing, chronic lung disease and respiratory distress have been noted in both children and adults from both inhalation and ingestion of arsenic. Cardiovascular effects from arsenic exposures include hypertension, increase in systolic and diastolic blood pressure, circulatory disease, ischemic heart disease, atherosclerosis, and other forms of heart disease in children and adults. The principal effect of arsenic on the hormonal system appears to be the distinct increase in diabetes incidence, especially in adults, but other effects include lower fertility in men and women. Neurological effects of arsenic exposures include balance disorders, peripheral neuropathy, hearing loss, and loss of taste, blurred vision, numbness of limbs, verbal reasoning and comprehension, and reduction in IQ's in children; toxic effects similar to those found from lead exposures. Arsenic has also been identified by the International Agency for Research on Cancer (IARC 2014), US Environmental Protection Agency (USEPA 2003), and the National Toxicology Program (NTP 2014) as a known animal and human carcinogen.

**Exposure Assessment**

Several pathways of exposure exist for lead and arsenic accumulation and toxic effects in area residents within the proposed class boundary from releases that have taken place at the Philips/ Corning facility. Contaminated groundwater can result in residential exposures to anyone using well or spring water. A number of the people living within the class boundary drank, cooked, and bathed in water drawn from their wells and/ or a nearby spring and ingested (drank), inhaled volatiles (cooking, showering) and absorbed contaminants through their skin (dermal) during bathing. Although lead compounds tend to show low solubility in water, many arsenic compounds readily dissolve in water (ATSDR 2007 a,b ), and both chemicals readily cling to soil and sediment particles which are generally present in well and spring water and allow users to incidentally ingest the chemicals. The unnamed tributary running past and receiving toxic discharges from the facility and the nearby receiving stream, Clarks Run, were used by class members as they waded, swam and ate fish and watercress (Nasturtium officinale) growing in the streams. During these activities, they were exposed to contaminated stream bank soils and sediments as they played and gathered food. Other pathways of exposure included incidental ingestion of contaminated soil during work and play, inhalation of particulates (dust) from the air and soil, dermal contact with yard and area soils during gardening and playing, and eating of produce grown on contaminated soil. Many of the proposed class members were exposed to lead and arsenic contamination through a number of these pathways and some individuals through all of these pathways and for many years, at least from 1952 through 2011, and in some cases, through the present time. And the toxic legacy remains since neither

inorganic lead nor arsenic degrade but rather build-up in the environment as additional releases occur (ATSDR 2007 a,b).

**Toxicity of Lead and Arsenic**

    **I.**    **Lead**

As noted above, residents within the proposed class boundary were exposed to lead and arsenic in their drinking water, surface water (nearby streams), backyards and adjacent land soils, and in the air they breathed attached to dust and other particulates. Regulations and recommendations were developed by a number of federal and state agencies on "not to be exceeded levels", that is, levels in air, water, soil, or food that should not exceed a critical value that is "usually" based on levels that effect animals; they are then adjusted to levels designed to protect humans. Sometimes these not-to-exceed levels differ among the various agencies because they use different exposure times (an 8-hour workday for workers under Occupational Safety and Health Administration, OSHA; or a 24-hour day by USEPA for the general populace), different animal studies, or other factors such as policy. All these agencies have a goal, namely the protection of human health.

One of the exceptions to the human health protection goal has been the regulations with regard to environmental levels of lead in water and soil. The USEPA drinking water maximum contaminant level (MCL) standard for lead is 15 $ug$/L (parts per billion, one part of lead per billion parts of water) [hppt://www.epa.gov/safewater/mcl.html#mcls]. This is an action level, a level that when present at that concentration or above in treated water from a publically owned water plant requires additional treatment by the plant. Although it is believed to provide health benefits, it represents a policy factor that is not necessarily designed to prevent all human health

impacts. The human health-based level recommended by USEPA is 0.0 (zero) $ug$/L, the Maximum Contaminant Level Goal (MCLG) [USEPA 1991a, 1993, 2002].

A similar policy action level approach of 400 mg/kg (parts per million) has been accepted by USEPA for use as a residential surface soils remediation concentration (USEPA 2005). The action level is based on a Centers for Disease Control (CDC 1991) recommendation of 10 $ug$/dL blood level in children as the level at which to identify children with high blood levels; in other words, any lead level above 10 $ug$/dL in children's blood is elevated and at a potentially harmful level. The potentially harmful level was utilized in conjunction with USEPA's Integrated Exposure Uptake Biokinetic Model (USEPA, IEUBK 1994) to develop the soil concentration of 400 mg/Kg. It should be noted that the IUEBK model estimates that 7.6% of the children exposed to lead in soil will have blood lead levels above 10 $ug$/dL, which is a blood lead level associated with adverse neurological effects (Lamphear et al. 20000; Canfield et al. 2003). More recently, the CDC updated its recommendations on children's blood lead levels that are considered elevated to be 5.0 $ug$/ dL (ATSDR 2007a). They (CDC) further noted that there does not appear to be a safe blood lead level in children and perhaps not a safe level in adults (CDC 2016). However, USEPA has not updated their action level to reflect the newer CDC level of concern, nor has USEPA revised the model to reflect a no or low effect level as used for all other chemicals. The safe blood lead level for both adults and children is at or below 1.0 $ug$/dL, a level that would result in soil lead concentration below 40 mg/kg using USEPA's IEUBK model.

In past years, the Kentucky Department for Environmental Protection managed lead in soil using an action level of 50 mg/kg, a level determined to represent industrial background concentrations at underground storage tank locations (locations where leaded gasoline had been stored) throughout the state. More recently, Kentucky has used a preferred remediation goal of

6

30 mg/kg lead based on the average industrial background level from over eight hundred samples collected across the state, as referenced in 401 KAR 100:030 (KDEP 2004). This guidance is based, in part, on the findings of a number of researchers who have concluded that no safe threshold exists for lead toxicity in children when neurological impacts such as behavior and intelligence are the toxic endpoints (Needlemen and Belinger 1991; Schwartz 1994; Rice 1995: Ruff et al. 1996; ATSDR 2007a; CDC 1991, 2016; USEPA, IRIS 2016). The soil screening level recommended by EPA in 2005, 400 mg/kg, does not appear to relate to the prevention of toxicity in exposed people, and the Kentucky screening levels, 50 mg/kg or 30 mg/kg, have never claimed to be toxicity-based. However, the Kentucky, industrial, ambient background screening value comes closer to meeting the human health protection needs than the USEPA value.

As noted above, the USEPA actions levels for lead in drinking water and in soils were not human-health based, and they were developed by policy rather than the methods that have been used for all other chemicals, which numbers at over 800 chemicals for which USEPA has developed toxicity values (USEPA, IRIS 2016). Normally, USEPA develops chronic oral reference doses (RfDs) for ingestion and chronic reference concentrations (RfCs) for inhalation as scientific estimates of a daily exposure level for people, including sensitive subpopulations, that is likely to be without an appreciable risk of deleterious effects (USEPA 1989). The reference doses and concentrations are used to evaluate the noncarcinogenic effects of exposure periods of one year or more (USEPA 2016a,b). For carcinogens, a cancer slope factor, oral and/or inhalation, is designed to estimate the probability of an individual developing cancer from exposure to a contaminant over a lifetime (USEPA 1989). The scientific studies used to develop the RfDs, RfCs and cancer slope factors as well as the values themselves are published in the Integrated Risk Information System (USEPA, IRIS 2016) [http://www.epa.gov/iris/index.html]

database. Several of the people living near the Philips/Corning plant have lived near the facility all their lives, infant through older adult, a lifetime of exposure.

As indicated, the USEPA's approach for developing human health toxicity concentrations (RfDs, RfCs, cancer slope factors) takes the results of scientific studies performed on animals and applies additional factors (uncertainty factors) to relate those results to people. In a review paper, we developed to focus on the lead toxicity issue for the Kentucky Department for Environmental Protection and to focus USEPA on the issue (Westerman et al. 1996), an RfD and RfC were determined based on the published scientific literature and the utilization of USEPA methodology. The resultant RfD of $1 \times 10^{-7}$ mg/kg-day and RfC of $1 \times 10^{-3}$ mg/m$^3$ could be used to estimate safe levels of lead in water, soil and air.

## II.    Arsenic

Since the publication of the 2007b ATSDR Toxicological Profile for Arsenic numerous human health (epidemiological) studies have examined associations between exposure to arsenic and various health outcomes. These investigations have included large-scale cohort studies with thousands of exposed people, and they are discussed in an Addendum to the Toxicological Profile for Arsenic (2016). As noted with lead, arsenic exposure can result in carcinogenic as well as noncarcinogenic outcomes in people, but unlike lead, USEPA has developed RfDs, RfCs and cancer slope factors to determine levels of concern for soils, water and attached to particles in the air (USEPA 2016a,b; USEPA, IRIS 2016). The reported RfD for ingestion of arsenic is 3.0 $\times 10^{-4}$ mg/kg-day; and the RfC for inhalation of arsenic is $1.5 \times 10^{-5}$ mg/m$^3$. The cancer slope factor is 1.5 (mg/kg-day)$^{-1}$. Utilizing the references doses and standard risk assessment methodology, USEPA (2016a,b) developed soil concentrations of arsenic in the soil for children and adults and health outcomes, noncancer detrimental effects and cancer effects. Concentrations

above 0.68 mg/kg (ppm) of arsenic in soil could result in the development of cancer in individuals exposed over their lifetime [It should be noted that USEPA risk methodology assumes that lifetime exposure is 30 years. Many of the proposed class members have lived in the area for more than double that number of years.] Exposure to soil arsenic levels of 35 mg/kg could result in noncarcinogenic toxic effects in children (less than seven years old).

**Risk Characterization - Lead**

Residents in the proposed class area the Philips/Corning facility were exposed to soils in their yards as they played, ate produce grown in the soil and inhaled dust coming from their yards, and particulates directly emanating from the Philips/Corning plant. They also played around and in the creek adjacent to the plant and their yards, and in some instances ate greens growing in the creek. People in the area took into their bodies lead from all these exposure sources.

Consider one of these pathways, incidental ingestion of soil by children and/or adults from their yards. Using standard USEPA methods for risk assessment (USEPA 1989, 1991b, 2016; KDEP 2002), the following calculations on soil concentrations from one exposure pathway, incidental soil ingestion can be made using the following formula:

Intake (mg/kg-day) = Cs X IR X CF X FI X EF X ED

BW X AT

Where:

Cs: Soil Concentration in mg/kg (ppm, parts per million)

IR: Incidental soil rate during play or work (children = 200 mg/day; adult 100 mg/day)

CF: conversion factor to equate units = $10^{-6}$ kg/mg

FI: Fraction of soil from contaminated area = 1.0

9

EF: Exposure frequency in days per year (Reasonably we could assume that children played in their yards at least during the warm months= 100 days)

ED: Exposure duration (children = 6 years; adults = 30 years)

BW: Body weight in kg (children through 6 years = 15 kg; adult = 70 kg)

AT: Averaging time in days over which exposure occurs (365 days X 6 years; 365 days X 30 years).

$$\text{Intake (mg/kg-day)} = \frac{Cs\ (200\ mg/kg)\ (10^{-6}\ kg/mg)\ (1.0)\ (100\ days/yr)\ (6\ yr)}{(15\ kg)\ (365\ day/yr\ X\ 6\ yr)}$$

When Intake = Reference Dose (RfD), the concentration in the soil should not result in toxic effects (i.e., Intake = RfD)

Therefore: RfD (mg/kg-day) = Cs (mg/kg) $(3.65\ X\ 10^{-5})$; Cs = $1\ X\ 10^{-7}\ /\ 3.65\ X\ 10^{-5}$

$$Cs\ (mg/kg) = 0.0027\ mg/kg$$

Obviously, this is a soil lead level considerably below that which has been determined as an industrial background concentration (30 mg/kg) and perhaps below pristine background levels, although there are locations in the state where lead was detected near that low level in the soil even at industrial sites (KDEP 2004). Children spending as little as 10 days in their yards playing could result in toxic effects from exposure to soil lead concentrations above 0.03 mg/kg (pristine soil lead levels in Kentucky). It follows that the soil lead levels that have been identified as currently existing within the proposed class boundary could easily have resulted in toxic effects to the class members such as those identified by Dr. David Changaris.

In addition, several of the area residents have indicated that they spent time playing on the Little League Ball Fields near the Philips/Corning facility. Using standard risk assessment procedures (USEPA 1989, 1991b, 1995, 2016; KDEP 2002) to evaluate the hazards, soil

concentrations of lead that should not result in human health effects from short-term exposures to playing baseball can be calculated. Lead exposures will primarily be through inhalation of dusts, dermal exposure to soils and incidental ingestion of soils. Inhalation of dusts and volatiles (a very low level for metals) were not included in the calculations below since their determination is highly dependent upon the area and volume of contamination and upon climate conditions, but if the inhalation pathway were included, the levels of concern would be lower than those levels calculated below.

$$\text{Concentration in soil (mg/kg)} = \frac{\text{RfD X THI X BW X AT}}{\text{ED X EF X CF (IR X FI + SA X AF X ABS)}}$$

Where:

RfD = Reference Dose, $1 \times 10^{-7}$ mg/kg-day for acute (short-term) exposures

THI = Target Hazard Index, 1.0; when the Intake = the RFD, THI = 1.0

BW = Body Weight, average of 43 kg for child 6-17 years of age

AT = Averaging Time = 365 days/year X 1 year, 365 days

IR = Ingestion rate for active outdoor play, 480 mg/day (similar to construction worker)

FI = Fraction Ingested from contaminated source

EF = Exposure frequency, 1 day to 30 days per year (even 30 days may be too low)

ED = Exposure Duration, 1 year

CF= Units Conversion Factor, $1.0 \times 10^{-6}$ kg/mg

SA = Surface Area of arms, hands, and head, 4700 $cm^2$/ day

AF = Soil Adherence Factor, 1.0 $mg/cm^2$, amount of soil that clings to the skin before bathing

ABS = Absorption Factor, 0.1, amount of lead that goes across the skin

produce impaired neurological and cognitive development and electrophysiological deficits in children; reduced gestational age and birth weight in infants; and elevated blood pressure and potential cardiovascular effects in adults (ATSDR 2007a). Of course, this factor is particularly pertinent here, where the Philips/Corning plant at issue was closed in 2011.

**Risk Characterization- Arsenic**

As noted above, the risk-based level of concern in soil for the carcinogen arsenic is 0.68 mg/kg (including incidental ingestion, dermal contact and inhalation of dust), a concentration below the average Kentucky statewide industrial background level (KDEP 2004). The pristine background concentration in soils is likely very close to the soil cancer level.

The risk-based concentration of concern in drinking water for whole-household use is 0.052 *ug*/L and the noncarcinogenic risk for children is 6.0 *ug*/L. The maximum contaminant level (MCL) for only drinking arsenic contaminated water is 10 *ug*/L, and the maximum contaminant level goal is 0.0 (zero) *ug*/L (USEPA 1991a, 1993, 2002). Although the MCL of 10 *ug*/L is the regulatory level that must be met by publicly owned water treatment plants, the majority of people use their drinking water source for bathing and other household uses indicating that a level closer to zero would be appropriate for whole-house use.

Arsenic levels in soils and water have been associated with increasing risks for death and pulmonary disease in adults and increased risk of respiratory disease in children. It also has been shown to cause arrhythmia, increased blood pressure and hypertension, atherosclerosis, and death from various forms of cardiovascular disease, including ischemic heart disease and stroke; and diarrhea in children and lesions of the gums and tongue in adults. Exposures to arsenic have also been demonstrated to cause diabetes in children and adults; ocular effects, including

conjunctivitis, cataract/ ocular opacity and pterygium; and disturbances in the immune responses including delayed hypersensitivity response in adults and increased infection rate in children. Other effects include impairment of neurological functions in adults and developmental effects ranging from fetal and infant deaths, congenital heart anomalies, delays in growth and neurological development and increased susceptibility to infection. And perhaps most problematic, cancer of the bladder, gastrointestinal tract, kidney, liver, lung, pancreas, and skin have been demonstrated to occur in people after exposure (ASTDR 2007b, 2016).

## Proposed Class Properties' Use Restrictions Resulting from Existing Contamination

Lead and arsenic exposures will primarily be through inhalation of dusts and particulates, dermal exposure to soils, incidental ingestion of soils, consumption of food grown in contaminated soils and drinking spring or well water. As indicated by the high levels of lead of 73, 000 mg/kg (parts per million) and 290 mg/kg arsenic still detectable on the roof ventilation for the Philips/Corning Plant (12/2/2013), a considerable amount of lead and arsenic containing dusts and particulates were released to the area. Although the health impacts from previous exposures to the residents cannot now be stopped, restrictions on how the proposed class boundary properties' are used in the future can be implemented to reduce additional exposures to contaminants. The ground cover over the property should be maintained, any bare ground, especially where children or adults may come into contact with the soil (dermal contact), kick-up dusts or incidentally consume dirt from their property can result in intakes of lead and arsenic (USEPA 1989, 1991b, 1995, 2016; KDEP 2002). *In lieu* of maintaining a complete groundcover over the properties, residents could limit property outdoor use. Consumption of vegetables grown in the contaminated soils should be limited on the proposed class boundary properties since lead

and arsenic will accumulate into plants from soils (USEPA 1989, 1991b, 1995, 2016; KDEP 2002). Of particular concern will be to limit consumption of root crops (e.g., carrots, potatoes) which tend to accumulate more metals from soils than crops such as lettuce. Residents in the proposed class boundary properties should restrict use of well water for household or gardening since these may be contaminated.

Albert Westerman, PhD.,

Environmental Toxicologist

## Literature Cited

Ali, N., Hoque, M.A., Haque, A., et al. 2010. Association between arsenic exposure and plasma cholinesterase activity: A population based study in Bangladesh. Environmental Health, 9:36.

Agency for Toxic Substances and Disease Registry (ASTDR). 2007a. Toxicological Profile for Lead. U.S. Department of Health and Human Services, Public Health Service, ATSDR, Atlanta, GA. August 2007.

Agency for Toxic Substances and Disease Registry (ASTDR). 2007b. Toxicological Profile for Arsenic. U.S. Department of Health and Human Services, Public Health Service, ATSDR, Atlanta, GA. August 2007.

Agency for Toxic Substances and Disease Registry (ASTDR). 2016. Addendum to the Toxicological Profile for Arsenic. U.S. Department of Health and Human Services, Public Health Service, ATSDR, Atlanta, GA. February 2016.

Bailey, K.A., and Fry, R.C. 2014a. Long-term health consequences of prenatal arsenic exposure. Links in the genome and epigenome. Review in Environmental Health, 29(1-2): 9-12.

Bailey, K.A., and Fry, R.C. 2014b. Arsenic-associated changes in the epigenome. What are the functional consequences? Current Environmental Health Report, 1:22-34.

Canfield, R.L., Henderson, C.R., Cory-Slechta, D.A., et al. 2003. Intellectual impairment in children with blood lead concentrations below $10ug$/dL. New England Journal of Medicine 348(16): 1517-1527.

Centers for Disease Control (CDC). 1991. Preventing lead poisoning in young children: a statement by the centers for disease control, October 1991, Centers for Disease Control and Prevention, Department of Health and Human Services, Atlanta, GA.

Centers for Disease Control (CDC). 2016. What do parents need to know to protect their children? Recommended on October 30, 2012, reissued March 15, 2016, Centers for Disease Control and Prevention, Department of Health and Human Services, Atlanta, GA.

Chang, L.W. (Ed.). 1996. Toxicology of Metals, CRC Lewis Publishers, Boca Raton, FL.

Copenhaver, E.D., Ulrikson, G.U., Newman, L.T., and Van Hook, R.I. 1973. Arsenic in the Environment, Environmental Information System Office, National Science Foundation, Oak Ridge National Laboratory, TN ORNL-EIS-73-16.

Gribble, M.O., Howard, B.V., Umans, J.G., et al. 2012. Arsenic exposure, diabetes prevalence, and diabetes control in the strong heart study. American Journal of Epidemiology, 176(10): 865-874.

Guan, H., Piao, F., Zhang, X., et al. 2012. Prenatal exposure to arsenic and its effects on fetal development in the general population. Biology of Trace Element Research, 149(1): 10-15.

Hegazy, A.M.S. and Fouad, U.A. 2014. Evaluation of lead hepatotoxicity: histological, histochemical and ultrastructural study. Forensic Medicine and Anatomy Research, 2014, 2:70-79.

International Agency for Research on Cancer (IARC). 2004. Carcinogenicity of Inorganic and Organic Lead Compounds. IARC Monographs Volume 87, Lyon, France

International Agency for Research on Cancer (IARC). 2014. Arsenic, Monograph on the Evaluation of Carcinogenic Risks to Humans. IARS Monographs, Volume 100, Lyon, France.

Kentucky Department for Environmental Protection. (KDEP). 2002. Kentucky Risk

Assessment Guidance. Prepared by Risk Assessment Review Group- Risk Assessment Branch,

Albert Westerman, Larry Taylor, John Purdy, and Jerri Martin. Incorporated into 401 KAR

100:030 Remediation Requirements. http://www.lrc.ky.gov/kar/401/100/030.htm


Kentucky Department for Environmental Protection (KDEP). 2004. Kentucky Guidance for

Ambient Background Assessment. Prepared by Risk Assessment Review Group- Risk

Assessment Branch, Albert Westerman, Edward Winner, John Purdy, and Jerri Martin.

Incorporated into 401 KAR 100:030 Remediation Requirements.

http://www.lrc.ky.gov/kar/401/100/030.htm


Lamphear, B.P., Dietrich, K., Auinger, P., and Cox, C. 2003. Intellectual impairment in children

with lead concentrations < 10 $ug$/dL in U.S. children and adolescents. Public Health Report

115:521-529.


National Toxicology Program (NTP). 2005. Report on carcinogenesis. 11th ed., Research

Triangle Park, NC. U.S. Department of Health and Human Services, National Toxicology

Program. http://ntp-server.niehs.nih.gov/ntp/roc/toc11.html.


National Toxicology Program (NTP). 2014. Report on carcinogenesis. 20th ed., Research

Triangle Park, NC. U.S. Department of Health and Human Services, National Toxicology

Program. http://ntp-server.niehs.nih.gov/ntp/roc/toc11.html.

Needleman, H.L., and Bellinger, D. 1991. The effects of low-level exposure to lead. Annual Review of Public Health 40:111-140.

Nriagu, J.O. (Ed.). 1994. Arsenic in the Environment, Part I and Part II., Volume 26, 27 in the Wiley Series in Advances in Environmental Science and Technology, John Wiley & Sons, Inc., New York.

Oyunbileg, D., Bolormaa, I., Tsolmon, U., and Chimedsuren, O. 2015. Environmental and occupational risk factors effect to arterial hypertension: correlation between arterial hypertension and lead. Journal of Geoscience and Environmental Protection, 2015, 3:60-65.

Rice, D.C. 1995. Neurotoxicity of lead, methylmercury, and PCBs in relation to the Great Lakes. Environmental Health Perspectives, 103:71-87.

Ruff, H.A., Markowitz, M.E., Bijur, P.E., and Rosen, J.F. 1996. Relationships among blood lead levels, iron deficiency, and cognitive development in two-year old children. Environmental Health Perspectives, 104:180-185.

Schwartz, J. 1994. Low-level lead exposure and children's IQ: meta-analysis and search for a threshold. Environmental Research, 65:42-55.

Seiler, H.G. and Sigel, H. (Eds.). 1988. Handbook on Toxicity of Inorganic Compounds, Marcel Dekker, Inc. Publishers, New York.

U.S. Environmental Protection Agency (USEPA). 1989. Risk Assessment Guidance for Superfund. Volume I, Human Health Evaluation Manual (Part A). Office of Emergency and Remedial Responses, Washington, DC EPA/540-1-89/002.

U.S. Environmental Protection Agency (USEPA). 1991a. Maximum contaminant level goals and national primary drinking water regulations for lead and copper. Federal Register 56:26461-26564.

U.S. Environmental Protection Agency (USEPA). 1991b. Risk Assessment Guidance for Superfund. Volume I, Human Health Evaluation Manual (Part B, Development of Risk-based Preliminary Remediation Goals). Office of Emergency and Remedial Responses, Washington, DC EPA/540/R-92/003.

U.S. Environmental Protection Agency (USEPA). 1993. Drinking Water Regulations and Health Advisories, Office of Drinking Water, Washington, DC. December 1993.

U.S. Environmental Protection Agency (USEPA, IEUBK). 1994. Integrated Exposure Uptake Biokinetic Model for Lead in Children. http:// www.epa.gov/superfund/lead-superfund-sites-software-and-users-manuals .

U.S. Environmental Protection Agency (USEPA). 1995. Supplemental Guidance to RAGS: Region 4 Bulletins, Human Health Assessment, Office of Health Assessment, Atlanta, GA, November 1995.

U.S. Environmental Protection Agency (USEPA). 2002. National Primary Drinking Water Standards. Washington, DC. EPA816/F-03013, February 15, 2002.

U.S. Environmental Protection Agency (USEPA, IRIS). 2005. Integrated Risk Information Systems, U.S. Environmental Protection Agency, National Center for Environmental Assessment, Washington, DC. http://www.epa.gov/iris.html

U.S. Environmental Protection (USEPA). 2016a. Regional Screening Levels (RSLs)- Residential Soil Tables, Residential Tapwater Tables (May 2016). U.S. Environmental Protection Agency, Washington, DC. https://www.epa.gov/risk/regional-screening-levels-rsls-may-2016

U.S. Environmental Protection (USEPA). 2016b. Regional Screening Levels (RSLs)- User's Guide (May 2016). U.S. Environmental Protection Agency, Washington, DC. https://www.epa.gov/risk/regional-screening-levels-rsls-users-guide-may-2016

U.S. Environmental Protection Agency (USEPA, IRIS). 2016. Integrated Risk Information Systems, U.S. Environmental Protection Agency, National Center for Environmental Assessment, Washington, DC. http://www.epa.gov/iris.html

Westerman, A.G., Nihei, M., and Wiley, S.L. 1996. Lead Issues. Prepared by Risk Assessment Review Group. Kentucky Department for Environmental Protection, Frankfort, KY.