# EXHIBIT D

| | |
|---|---|
| **MODERN HOLDINGS, LLC, et al.** <br><br> **Plaintiffs,** <br><br> **V.** <br><br> **CORNING INCORPORATED, et al.** <br><br> **Defendants.** | **Civil Action No. 5: 13-cv-00405-GFVT** <br><br><br> **PLAINTIFFS' FOURTH SUPPLEMENTAL INITIAL DISCLOSURES** |

Plaintiffs Modern Holdings, LLC, Sellers and Sellers Company, Rosetta Ford, Gary Ford, Otis Ford, Charles Ford, Bobbie Lemons, Glen Ball, Vivian Troxler, Rodney Johnson, Rita Bowman, Daniel Bartleson, David Caldwell, Margo Caldwell, George Chenault, Marthetta Clark, Sadie Gambrel, James Hunn, Ethel Hunn, Brenda Carter, Willie Harris, Melvin Harris, Jozette Hayes, Darren Hayes, Gloria Lewis, Sharon Price, Chester Kavanaugh, Margret Peebles, Bethel Wade, David Chenault, Jr., Anita Ross, Connie Mullins, Celia Wilkinson, the Estate of Betty Johnson, Erica Ford, Gloria Frye, Bonita Ramzy, Justine Ramirez, Latrese Barbour, Christopher Johnson, Joseph Johnson, John Raines, Jr., Clyde Simpson, Deborah Stevenson, Danetta Owsley, Chantee Nolan, Lonnie Johnson, Harvey Chenault, Katherine Doty, Tyrone Johnson, Ann Hawkins, Ronald Hawkins, the Estate of Richard Manning, Barbara Manning, Anthony Manning, Fanny Walker, Chenice Gaans, James Dollins, the Estate of Frank Walker, William Galbreath, Kelvin Galbreath, Steven Coffman, Sonya Coffman, Cesirely Coffman, Michelle (Coffman) Morton, Charles Lawson, the Estate of Mike Orberson, William Trumbo, Dejuanna Trumbo, Barbara Trumbo, Brihana Trumbo, Dewayne Trumbo, Demmontrell Trumbo, Demaya Trumbo, Chantee Nolan, As Next Friend And Guardian Of D.T, D.T.(2), D.D., S.N.,

E.N., and M.N., Janet Mitchel, Wanda Beasley, Donna Smith, Walter Smith and Mary Emily Orberson (collectively the "Plaintiffs"), through counsel and pursuant to the Rule 26(a)(1) of the Federal Rules of Civil Procedure, make the following Fourth Supplemental Initial Disclosures, incorporating herein by reference all information previously disclosed and further identified by Plaintiffs in their Initial Disclosures and all previously filed Supplemental Disclosures:

I.      **WITNESS INFORMATION.**

In addition to those individuals or entities identified in their Initial Disclosures and earlier Supplemental Disclosures, the following non-expert and expert witnesses are likely to have discoverable information in support of the claims of the Plaintiffs.  The Plaintiffs reserve the right to add or to supplement this list pursuant to the provisions of Rule 26(e) of the Federal Rules of Civil Procedure.

A.      **Non-Expert Witnesses.**

In addition to those individuals previously identified as non-expert witnesses by Plaintiffs in their Initial Disclosures and earlier Supplemental Disclosures, Plaintiffs further identify all newly-added Plaintiffs named as parties to this action, and residing at locations listed, in their Fifth Amended Complaint.  Further, Plaintiffs identify medical providers for all Plaintiffs, who are more particularly identified in the medical releases provided to Defendants.  All of these individuals are expected to have knowledge about the events and conditions described in the Fifth Amended Complaint, as well as information related to Plaintiffs' claims asserted in the Fifth Amended Complaint.

B.      **Expert Witnesses.**

See all expert witnesses identified in Plaintiff's Initial Disclosures and earlier Supplemental Disclosures.

## II. CATEGORIES OF RELEVANT DOCUMENTS.

In addition to those categories of relevant documents previously identified by Plaintiffs in their Initial Disclosures and earlier Supplemental Disclosures, Plaintiffs further identify the documents in the following categories that may be used in support of the claims of the Plaintiffs, and are based on an initial review of the documents by the Plaintiffs as well as documents which are believed to be in possession of other parties to this litigation, which are subject to discovery and which should be made available for inspection in these proceedings. The Plaintiffs reserve the right to add to or supplement these categories pursuant to the terms of Rule 26(e) of the Federal Rules of Civil Procedure.

1. Medical records, to the extent they are available, of the Plaintiffs' injuries resulting from their claims in the Fifth Amended Complaint.

2. Property records relating to damages suffered to the Plaintiffs' properties resulting from their claims in the Fifth Amended Complaint.

## III. DAMAGES.

The Plaintiffs have outlined their categories of known damages in the Fifth Amended Complaint, including those damages for future medical monitoring. However, the Plaintiffs have yet to determine the full extent of their damages as these figures will likely continue to increase and will also be subject to a determination by experts who the Plaintiffs have yet to obtain. As such, the Plaintiffs will supplement this Disclosure as that information becomes available. See also those earlier-filed Supplemental Disclosures concerning damages and methods of computation of the same.

## IV. INSURANCE POLICIES.

The Plaintiffs do not have any insurance policies that may be liable to satisfy all or part of any judgment or to indemnify or reimburse for payments made to satisfy the judgment. The Plaintiffs are unaware whether the Defendants possess any such insurance policies.

Respectfully submitted,

/s/ Richard A. Getty
RICHARD A. GETTY
JESSICA WINTERS
MATTHEW ENGLISH
EVAN M. RICE
    and
MARY ANN GETTY

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909
E-Mail: rgetty@gettylawgroup.com
E-Mail: jwinters@gettylawgroup.com
E-Mail: menglish@gettylawgroup.com
E-Mail: erice@gettylawgroup.com
E-Mail: mgetty@gettylawgroup.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Fourth Supplemental Initial Disclosures was served electronically on the 17th day of April, 2019, by email to the following:

- Joseph Madonia jmadonia@btlw.com
- George J. Miller gmiller@wyattfirm.com
- Mark L. Durbin mark.durbin@btlw.com
- Donald J. Kelly dkelly@wyattfirm.com
- Brian M. Johnson bjohnson@dickinsonwright.com

/

/s/ Richard A. Getty
COUNSEL FOR PLAINTIFFS

emrpld0211

4